EMMA E. DRYER, Appellant, *v.* ELON G. BROWN, as Surviving Executor, etc., Respondent.

SAME *v.* SAME.

(Argued January 26, 1891; decided February 24, 1891.)

APPEALS from orders of the General Term of the Supreme Court in the fourth judicial department, made November 26, 1889, which reversed orders of Special Term postponing a motion for the appointment of a referee, and reversed an order of Special Term denying a motion to vacate said orders, and to vacate an order postponing the hearing of the motion for the appointment of a referee.

*J. I. Sayles* for appellant.

*E. D. Mathews* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

FREDERICK MARX et al., Appellants, *v.* EUGENE A. GROSS et al., Respondents.

(Submitted January 26, 1891; decided February 24, 1891.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made October 24, 1890, which modified, and affirmed as modified, an order of Special Term granting leave to defendants to serve an amended answer herein.

*George A. Black* for appellants.

*Foster & Thomson* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.